IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SMART MOVE SEARCH, INC. and BETSI ROSEN,<br><br>Defendants. | Civil No. 15-4198 (JHR/AMD) |
| LIVE FACE ON WEB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HIPPOCRATIC SOLUTIONS, LLC and PETER KOUKOUNAS,<br><br>Defendants. | Civil No. 15-6874 (JHR/AMD) |
| LIVE FACE ON WEB, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK GUERRA a/k/a MEGAPREVENTIONRX,<br><br>Defendant. | Civil No. 15-7143 (JHR/AMD) |

**ORDER TO UNSEAL**

This matter having come before the Court *sua sponte* to address the temporary sealing of a portion of the court transcript of a hearing held on November 29, 2017. The Court temporarily sealed the transcript of the proceedings upon the application of Plaintiff Live Face on Web, LLC (hereinafter, "Plaintiff"). (See Minute Entry [D.I. 93] in Civil No. 15-4198; [D.I. 72] in Civil No. 15-6874; and [D.I. 80] in Civil No. 15-7143.) The Court, by way of Order dated November 30, 2017, directed Plaintiff to file its motion to seal the requested portion of the court transcript of the hearing by no later than January 5, 2018. (See Order [D.I. 94], Nov. 30, 2017 in Civil No. 15-4198.) Thereafter, the Court extended the time for Plaintiff to file its motion to seal by way of Text Orders entered in each of the above cases on both January 5, 2018 and January 30, 2018, respectively. The Text Order dated January 30, 2018 set forth that "[a]ny . . . motions to seal shall be filed by 2/9/2018. Failure to file the motions to seal may result in the Court directing that the filings be publicly available." (Text Order [D.I. 111], Jan. 30, 2018 in Civil No. 15-4198; [D.I. 86] in Civil No. 15-6874; and [D.I. 95] in Civil No. 15-7143.) To date, Plaintiff has not filed a motion to seal the requested portion of the court transcript of the hearing held on November 29, 2017. Therefore, the Court will direct the Clerk to unseal the transcript after the required ninety (90) day period has elapsed for the transcript to become available on PACER.

Consequently, for good cause shown:

IT IS on this 23rd day of February 2018,

**ORDERED** that the sealed transcript [D.I. 109] in Civil No. 15-4198; [D.I. 85] in Civil No. 15-6874 and [D.I. 94] in Civil No. 15-7143 shall be **UNSEALED** after the required ninety-day period has elapsed for a transcript to become available on PACER.

                                                  s/ Ann Marie Donio
                                                ANN MARIE DONIO
                                                UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Joseph H. Rodriguez